IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PAUL BOOTH** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 02-CV-2612** |
| | : | |
| **MBNA AMERICA BANK, N.A., et al.** | : | |

## ORDER

**AND NOW,** this _____ day of June, 2002, Plaintiff having reported that the issues in the above-captioned action have been settled, and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), **IT IS ORDERED** that the above-captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel and without costs.

BY THE COURT:

_____
**BRUCE W. KAUFFMAN, J.**